Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorney for Plaintiff,*
Keisha Newsom

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keisha Newsom, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Gila, LLC, d/b/a Municipal Services Bureau,<br><br>                    Defendant. | Case No.: 3:16-cv-03063-JLS-JMA<br><br>**NOTICE OF JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. JANIS L. SAMMARTINO** |

    Plaintiff KEISHA NEWSOM, hereby moves to dismiss the above entitled action without prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

    The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' dismissal of this Putative Class action because

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval."

this action has not been certified as a class. Regardless, there is no prejudice to the absent class members because (i) it is highly unlikely that there has been any reliance by putative class members on the filing of this class action to vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and (iv) the putative class members are being dismissed without prejudice

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

Dated: May 30, 2017

**HYDE & SWIGART**

By: s/Yana A. Hart, Esq.
Yana A. Hart, Esq.
*Attorney for Plaintiff*

Dated: May 30, 2017

**VEDDER PRICE LLP**

By: s/Lisa M Simonetti
Lisa M Simonetti
*Attorney for Defendant*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Lisa M Simonetti, counsel for the Defendant, and that I have obtained his authorization to affix her electronic signature to this document.

Dated: May 30, 2017                         **HYDE & SWIGART**

                                            By: s/Yana A. Hart, Esq.
                                                Yana A. Hart, Esq.
                                                *Attorney for Plaintiff*